**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7061**

———————

RESTONEY ROBINSON,

                                     Plaintiff - Appellant,

     versus

W. DOUGLAS ALBRIGHT, SR.; CARRIE A. MOCK;
ROBERT MORGAN, Attorney General; WILLIAM F.
BRILEY, Assistant Attorney; DEPARTMENT OF
JUSTICE, Highway Division; HERMAN G. ENOCHS,
JR., Judge; P. TREVOR SHARP, Judge,

                                   Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. N. Carlton Tilley, Jr., Chief District Judge. (CA-00-187-1)

———————

Submitted: December 14, 2000    Decided: December 21, 2000

———————

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Restoney Robinson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Restoney Robinson appeals from the district court's order adopting the magistrate judge's recommendation and dismissing without prejudice Robinson's complaint for failure to comply with a prefiling injunction issued in <u>Robinson v. Frederick</u>, C-88-898-S (M.D.N.C. Oct. 11, 1989). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. <u>Robinson v. Albright</u>, No. CA-00-187-1 (M.D.N.C. June 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2